

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

MAY 1 7 2023

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 6:23-CR-59 |
| V. | § § | JUDGES JCB-JDL |
| BRANDON DYESS GREER | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 751(a)
(Escape from Custody)

On or about September 19, 2022, within the Eastern District of Texas, defendant **Brandon Dyess Greer** did unlawfully and willfully escape from the custody of the Attorney General, and his authorized representative, the Community Rehabilitation Center, Inc. Residential Center of Tyler, Texas, to which the defendant had been committed by virtue of a Judgment In A Criminal Case of the United States District Court for the Eastern District of Texas, entered on April 28, 2015, in Case 6:13-CR-114-08, that is by leaving the Residential Center without permission of the Center Director or her authorized representative.

All in violation of 18 U.S.C. § 751(a).

## COUNT TWO

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about February 10, 2023, in the Eastern District of Texas, defendant **Brandon Dyess Greer**, did knowingly possess, in or affecting interstate or foreign commerce, ammunition, to wit:

1) 117 Rounds 5.56/223 ammunition;
2) 8 rounds .40 caliber ammunition;
3) 50 rounds 9 mm ammunition;
4) 17 rounds 9 mm ammunition;
5) 18 rounds 9 mm ammunition;
6) 5 assorted rounds of ammunition;

while knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

1) Possession of an Unregistered Firearm, a felony, in the United States District Court for the Eastern District of Texas, in Case 6:09-CR-09-07 on January 26, 2010; and

2) Use, Carrying, and Possession of a Firearm During and in Furtherance of a Drug Trafficking Crime, a felony, in the United States District Court for the Eastern District of Texas, in Case 6:13-CR-114-08, on July 9, 2015.

In violation of 18 U.S.C. § 922(g)(1).

Indictment – Page 2

## COUNT THREE

>Violation: 26 U.S.C. § 5861(d) (Possession of an Unregistered Firearm)

On or about February 10, 2023, in the Eastern District of Texas, defendant **Brandon Dyess Greer**, knowingly possessed a firearm, to wit: a silencer as defined in 18 U.S.C. § 921(a)(3), which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

As a result of committing the offenses as alleged in this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 all property involved in or traceable to property involved in the offenses.  Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant:

(a)   cannot be located upon the exercise of due diligence;
(b)   has been transferred or sold to, or deposited with a third party;
(c)   has been placed beyond the jurisdiction of the court;
(d)   has been substantially diminished in value; or
(e)   has been commingled with other property which cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____          5-17-2023
ALLEN H. HURST                                       Date
Assistant United States Attorney

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | NO. 6:23-CR-____ JUDGES |
| V. | | |
| BRANDON DYESS GREER | | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 751(a)

Penalty:  Imprisonment for not more than 5 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment:  $100.00

### COUNT 2

Violation:  18 U.S.C. § 922(g)(1)

Penalty:  Imprisonment for not more than 15 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment:  $100.00

### COUNT 3

Violation:  18 U.S.C. § 5861(d)

Penalty:  Imprisonment for not more than 10 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

Special Assessment:  $100.00